| PROB22<br>(Rev. 01/24) | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | 0868 1:21CR00189 |

## TRANSFER OF JURISDICTION

| | DOCKET NUMBER *(Rec. Court)* |
|---|---|
| | 2:26-cr-00015-CDS-BNW-1 |

| NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| John David Charles A Pamplin<br>, | North Dakota | Western |

✔ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON

**JAN 27 2026**

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
AMMi
BY: _____ DEPUTY

| NAME OF SENTENCING JUDGE |
|---|
| The Honorable Daniel M. Traynor |

| DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>5/15/2025 | TO<br>5/14/2028 |
|---|---|---|

**OFFENSE**

Possession with Intent to Distribute Fentanyl 21 U.S.C. § 841Possession of a Firearm by a Prohibited Person 18 U.S.C. § 922(g)(1)

**JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)**

Mr. Pamplin is a resident in Nevada; his support system is there. He has no desire to return to the District of North Dakota.

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF <u>NORTH DAKOTA</u>

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised release named above be transferred with the records of this Court to the United States District Court for the Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| January 23, 2026 | |
|---|---|
| *Date* | *United States District Judge* |

\* This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| January 30, 2026 | |
|---|---|
| *Effective Date* | Cristina D. Silva, *United States District Judge* |